NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SYDRIC REVON REYNOLDS,                      )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No. 2D18-3807
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T.
Corvo, Judge.

PER CURIAM.

        Affirmed.  See Cotto v. State, 139 So. 3d 283 (Fla. 2014); Robinson v.

State, 793 So. 2d 891 (Fla. 2001); Ellis v. State, 762 So. 2d 912 (Fla. 2000); State v.

Harris, 356 So. 2d 315 (Fla. 1978); Lopez v. State, 135 So. 3d 539 (Fla. 2d DCA 2014);

Williams v. State, 129 So. 3d 453 (Fla. 2d DCA 2014); Calloway v. State, 914 So. 2d 12

(Fla. 2d DCA 2005); Tillman v. State, 900 So. 2d 633 (Fla. 2d DCA 2005); Martin v.

State, 888 So. 2d 661 (Fla. 2d DCA 2004); Cruz v. State, 189 So. 3d 822 (Fla. 4th DCA

2015); Culp v. State, 141 So. 3d 1279 (Fla. 1st DCA 2014); Dinkens v. State, 976 So.

2d 660 (Fla. 1st DCA 2008); Luton v. State, 934 So. 2d 7 (Fla. 3d DCA 2006).

KELLY, VILLANTI, and BADALAMENTI,JJ., Concur.